**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: ADOPTION OF: G.F.      :   No. 60 WAL 2023
                                        :
                                        :
                                        :   Petition for Allowance of Appeal
                                        :   from the Order of the Superior Court
                                        :
                                        :
PETITION OF: P.P., MOTHER      :

**ORDER**

**PER CURIAM**

       **AND NOW**, this 23rd day of May, 2023, the Petition for Allowance of Appeal is **DENIED**.